Cedric JEFFRIES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 53193.

Missouri Court of Appeals,
Western District.

April 8, 1997.

Rose M. Wibbenmeyer, Asst. Public Defender Office, Fulton, for appellant.

Robert R. Sterner, Pros. Atty, Geoffrey Preckshot, Asst. Pros. Atty., Callaway County, Fulton, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Cedrick Jeffries appeals the circuit court's denial of his application for conditional release from the Department of Mental Health's custody. We affirm. Rule 84.16(b).

In the Interest of C.S., A.S., M.S., S.S., Plaintiff.

JUVENILE OFFICER, Respondent,

v.

R.S. (Natural Father), Appellant,

G.S. (Natural Mother), Defendant.

No. WD 52238.

Missouri Court of Appeals,
Western District.

April 8, 1997.

Robert Schieber, Kansas City, for appellant.

Dale N. Godfrey, Lincoln, NE, for Guardian Ad Litem.

Lori Stipp, Kansas City, for Juvenile Officer.

Laurie V. Snell, Kansas City, for respondent.

Before HANNA, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Natural father, R.S., appeals from a judgment of the Circuit Court of Jackson County, Family Court Division, terminating his parental rights to his minor children, M.S., a female; A.S., a female; S.S., a male; and, C.S., a male, pursuant to § 211.447, RSMo 1994.

Judgment affirmed. Rule 84.16(b).